UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA PENNINGTON-LAMB,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, et al.,<br><br>Defendants. | **CASE NO. CV F 13-0277 LJO SMS**<br><br>**ORDER AFTER SETTLEMENT**<br><br>**(Doc. 13.)** |

Plaintiff's counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than December 17, 2013**, to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.  There is no good cause to require 45 days to complete settlement and to dismiss this action.

This Court VACATES all pending matters and dates, including the **April 8, 2014 pretrial conference and May 13, 2014 trial**, which are subject to immediate resetting.

Failure to comply with this order will be grounds for the imposition of sanctions on

1

counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   **November 14, 2013**             /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE