# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | | |
|---|---|---|
| TRICIA PENNINGTON-LAMB, | ) | Case No. 1:13-cv-00277-LJO-SMS |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |
| v. | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of the Parties, and for good cause shown, IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety pursuant to Fed.R.Civ.P. 41(a), with prejudice as to Defendant, with the Parties to bear their own attorney's fees and costs.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **December 4, 2013**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE